

**Mars Khaimov Law, PLLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/9/2023__
```

**VIA ECF**
Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

August 8, 2023

Re:   1:23-cv-04863-AT Toro v. Frame My TV.com, LLC.

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Torres,

    Plaintiff's counsel submits this letter-motion to seek an extension of time to submit preconference documents, currently due today, August 8, 2023. Counsel has been unsuccessful thus far in attempts to communicate with Defendant and requests a 60 day adjournment for Defendant to appear. We will continue to contact Defendant informally, and if they fail to appear by the next date, will file for default. Plaintiff proposes to reschedule the conference for November 8th, 2023, or a date convenient to the Court. This is the first time relief is being requested.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

<u>/s/ Mars Khaimov</u>
Mars Khaimov, Esq.
Attorney for Plaintiff

GRANTED.  By **November 8, 2023**, the parties shall file their joint letter and proposed case management plan, *see* ECF No. 5, or Plaintiff shall move for default judgment.

SO ORDERED.

Dated: August 9, 2023
      New York, New York

ANALISA TORRES
United States District Judge