UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, Individually and on Behalf of All
Others Similarly Situated,

                          Plaintiff,

                 -against-

FRAME MY TV.COM,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _03/18/2024_

23-CV-04863 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

It is hereby ORDERED that the post-fact-discovery conference currently scheduled for March 26 shall be adjourned to **Tuesday, April 9, 2024 at 9:30 a.m.**  The conference shall be held in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  The parties' deadline to submit any pre-motion letters regarding summary judgment shall remain **March 22, 2024**.

If no party submits a pre-motion letter regarding summary judgment, the parties shall submit a joint status letter no later than **April 2, 2024**.  The joint status letter should contain:

1. A brief description of any outstanding motions or requests for relief;
2. A brief description of the status of discovery and of any additional discovery that needs to be completed, including the parties' current assessment of the need for expert discovery and a description of the nature of such discovery;
3. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference;
4. A list of all prior settlement discussions, including the date, the parties involved, whether any third party (*e.g.*, Magistrate Judge, mediator, etc.) was involved, and the approximate duration of such discussions, if any;
5. A statement of whether or how the Court could facilitate settlement of the case (for example, through a(nother) settlement conference before the assigned Magistrate Judge or as part of the Court's Mediation Program);
6. A statement of the anticipated length of trial and whether the case is to be tried by a jury;
7. A statement of whether any party anticipates filing a motion to exclude expert testimony;
8. Any other issue that the parties would like to address at the conference; and

9.  Any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

Dated:  March 18, 2024
        New York, New York

SO ORDERED.

_____

MARGARET M. GARNETT
United States District Judge