**Mars Khaimov Law, P[LLC]**

100 Duffy Avenue, Suite 510
Hicksville, NY 11801
Tel.: 929.324.0717
Fax: 929.333.7774
E-mail: mars@khaimovlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2024

**VIA ECF**
Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

April 3, 2024

Re:   Case 1:23-cv-04863-MMG Toro v. Frame My TV.com, LLC
      Request for Adjournment of Post-Fact-Discovery Conference

To the Honorable Judge Garnett:

Plaintiff respectfully submits this letter-motion to request an adjournment of the in-person post-fact-discovery conference scheduled for April 9, 2024. Plaintiff's Counsel will be in Texas on the date of this in-person conference, and unable to appear in-person. A short adjournment to the week of April 15, 2024 is respectfully requested. While Defendant consents to this request, defense counsel David Stein will be unavailable to appear from April 22, 2024- April 30, 2024.

Alternatively, if Your Honor is amenable, Plaintiff requests that the conference be converted to a virtual one, either by telephone or video. In that instance, Plaintiff would be able to appear on the April 9, 2024 date.

We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Cc: David Stein, Esq.

---

Application GRANTED. The Initial Pretrial Conference currently scheduled for Tuesday, April 9, 2024, will be rescheduled to **Wednesday, April 17, 2024 at 9:30 a.m.** The Initial Pretrial Conference shall be held in person in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The Clerk of Court is respectfully directed to terminate Dkt. No. 23.

SO ORDERED.  Date: 4/4/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE