UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO, Individually and on Behalf of All Others Similarly Situated,

                        Plaintiff,

-against-

FRAME MY TV.COM, LLC,

                        Defendant.

23-CV-04863 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      As discussed and for the reasons stated at the April 17 conference, it is hereby ORDERED that Defendant shall produce any and all materials responsive to Plaintiff's outstanding requests for production of documents (*see* Dkt. No. 22 at 1) from January 8, 2024, no later than **May 8, 2024**.  Other than this production of the remaining documents from Defendant, fact discovery in this matter is closed.  The close of expert discovery shall be **July 10, 2024**.

      It is further ORDERED that any summary judgment motions shall be due no later than **August 7, 2024**; any oppositions shall be due no later than **September 4, 2024**; and any replies shall be due no later than **September 16, 2024**.

Dated: April 18, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge