# Mars Khaimov Law, PLLC

100 Duffy Ave., Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

August 13, 2024

**VIA ECF**
Honorable Judge Margaret Garnett
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Courtroom 906

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2024
```

Re:   Case 1:23-cv-04863-MMG - *Toro v. Frame My TV.com LLC*
      Plaintiff's Letter Motion for Extension of Time to File Motion for Summary Judgment, Nunc Pro Tunc

Dear Judge Margaret Garnett:

Plaintiff respectfully submits this letter-motion to request an extension of time to file a motion for summary judgment, *nunc to tunc*, which pursuant to the Court's April 18, 2024 order was due to be filed by August 7, 2024. Plaintiff and Plaintiff's counsel apologize for the delay, however, Plaintiff's counsel is still in the process of gathering the necessary information from the Plaintiff and preparing to file the motion for summary judgment.

As such, Plaintiff requests the Court to grant Plaintiff an additional thirty-day extension of time from August 7, 2024, up until September 6, 2024 to file the motion for summary judgment. This is the first time this relief is being requested.

We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

*/s/ Mars Khaimov*
Attorneys for Plaintiff

Cc: all Counsel of record on ECF

---

Application GRANTED.  It is hereby ORDERED that the summary judgment briefing schedule shall be as follows:  any summary judgment motion shall be due on or before **September 6, 2024**; oppositions shall be due on or before **October 7, 2024**; and replies shall be due on or before **October 21, 2024**.

SO ORDERED.  Dated August 13, 2024.



HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE